UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VIRGINIA BURDETTE, Trustee for the
Bankruptcy Estate of THOMAS MEZO and
JUDY MEZO, husband and wife,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

CASE NO. C08-301RSM

ORDER ON MOTION FOR PARTIAL SUMMARY JUDGMENT

This matter is before the Court for consideration of plaintiff's motion for partial summary judgment as to liability. Dkt. # 16. Plaintiff asks that the Court find that defendant is liable, as a matter of law, for the February 22, 2005 automobile accident in which Thomas Mezo was injured. Defendant has not opposed the motion, stating instead that it "does not deny that the negligence of Senior Special Agent Ronald Tso, an employee of the Department of Homeland Security, caused the February 22, 2005 motor vehicle collision. . . ." Dkt. # 19. Defendant does, however, contest the cause, nature, and extent of plaintiff's injuries. *Id*.

Plaintiff's motion for partial summary judgment as to liability for the automobile accident is accordingly GRANTED. The cause, nature and extent of plaintiff Mezo's injuries remain issues for trial.

Dated this 25th day of February, 2009.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON MOTION FOR PARTIAL
SUMMARY JUDGMENT - 1